# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Michael R. | U.S. District Court | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Potter Stewart US Courthouse
100 East 5th Street
Cincinnati, Ohio 45202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Old Walnut Company |
| 2. | Member | Grandin View LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | University of Cincinnati - teaching stipend |
| 2. | 2019 | Spectrum - interview stipend |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. US Bank | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  Old Walnut Co. (Partnership) | A | Dividend | K | U | | | | | |
| 3.  Grandin View LLC | G | Distribution | N | U | | | | | |
| 4.  Procter & Gamble (common stock) (Y) | | | | | | | | | |
| 5.  Convergys Corp. (common stock) | | None | | | Sold | 09/30/19 | K | | |
| 6.  J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 7.  IRA#1 (H) | | | | | | | | | |
| 8.  First American Treasury (cash) | C | Interest | M | T | | | | | |
| 9.  U.S. Treasury Bill (912796SC4) | B | Interest | | | Buy | 02/11/19 | M | | |
| 10. | | | | | Matured | 08/08/19 | M | | |
| 11.  Am. Century Equity Income (ACIIX) | A | Dividend | K | T | | | | | |
| 12.  Blackrock Basic Value Fund Inc. (MABAX) | C | Dividend | K | T | | | | | |
| 13.  Nuveen Dividend Value Fd (FAQIX) | B | Dividend | J | T | | | | | |
| 14.  T. Rowe Price Equity (PRFDX) | B | Dividend | K | T | | | | | |
| 15.  T. Rowe Price Value Fund (TRVLX) | A | Dividend | L | T | | | | | |
| 16.  Nuveen Mid Cap Growth (FISGX) | B | Dividend | J | T | | | | | |
| 17.  Nuveen Mid Cap Value (FSEIX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. T. Rowe Price Mid Cap Value (TRMCX) | A | Dividend | K | T | | | | | |
| 19. Am. Century Sm. Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 20. Nuveen Small Cap Select (ARSTX) | A | Dividend | J | T | | | | | |
| 21. Nuveen Small Cap Value (FSCCX) | A | Dividend | J | T | | | | | |
| 22. Fidelity Investment Tr. Ad Intl Discovery (FIADX) | A | Dividend | K | T | | | | | |
| 23. Laudus Intl Marketmasters (SWMIX) | A | Dividend | J | T | | | | | |
| 24. Technology Select Sector SPDR (XLK) | A | Dividend | K | T | | | | | |
| 25. Tiaa Cref Bond Plus Fund Adv (TCBHX) | A | Dividend | K | T | Buy | 06/17/19 | K | | |
| 26. Tiaa Cref Inflation Linked Bond Fund (TIHIX) | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 27. Nuveen Real Estate Secs. Fund (FARCX) | B | Dividend | K | T | | | | | |
| 28. iPath Dow Jones UBS (DJP) | | None | J | T | | | | | |
| 29. Nuveen Core Bond Fd (FFIIX) | A | Dividend | | | Sold | 06/17/19 | K | | |
| 30. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | | | Sold | 06/17/19 | J | | |
| 31. Michael R. Barrett Foundation (H) | | | | | | | | | |
| 32. Procter & Gamble (PG) | B | Dividend | L | T | | | | | |
| 33. Brokerage Account (H) | | | | | | | | | |
| 34. First American Treasury (cash) | E | Int./Div. | P1 | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. U.S. Treasury Bill (912796SC4) | C | Interest | | | Buy | 02/08/19 | M | | |
| 36. | | | | | Matured | 08/08/19 | M | | |
| 37. Abbott Labs (ABT) | B | Dividend | M | T | | | | | |
| 38. Abbvie Inc. (ABBV) | D | Dividend | M | T | | | | | |
| 39. Capital One Financial Corp (COF) | A | Dividend | L | T | | | | | |
| 40. Procter & Gamble (PG) | D | Dividend | N | T | | | | | |
| 41. iShares Select Dividend ETF (DVY) | A | Dividend | K | T | | | | | |
| 42. T. Rowe Price Value (TRVLX) | A | Dividend | K | T | | | | | |
| 43. iShares Russell Midcap Index (IWR) | A | Dividend | J | T | | | | | |
| 44. Nuveen Mid Cap Value (FSEIX) | A | Dividend | J | T | | | | | |
| 45. iShares Russell 2000 Index (IWM) | A | Dividend | J | T | | | | | |
| 46. Fidelity Invt Trad Intl Disci (FIADX) | A | Dividend | J | T | | | | | |
| 47. Laudus Int'l Marketmasters Fd Select (SWMIX) | A | Dividend | J | T | | | | | |
| 48. U.S Treasury Note (912828F62) | C | Interest | | | Matured | 10/31/19 | M | | |
| 49. Tiaa Cref Bond Plus Fund Adv (TCBHX) | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 50. Tiaa Cref Inflation Linked Bond Fund (TIIHX) | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 51. Nuveen Core Plus Bond (FFIIX) | A | Dividend | | | Sold | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | | | Sold | 06/17/19 | J | | |
| 53. Vanguard Reit Etf (VNQ) | A | Dividend | K | T | | | | | |
| 54. Trust Account # 1 (H) | | | | | | | | | |
| 55. Wilmington Trust Bank Deposit (cash) | A | Interest | K | T | | | | | |
| 56. Harbor Large Cap Value Fund (HNLVX) | A | Dividend | L | T | Buy (add'l) | 08/27/19 | K | | |
| 57. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 58. iShares Edge MSCI Min Vol USA ETF (USMV) | A | Dividend | J | T | Sold (part) | 02/06/19 | K | A | |
| 59. | | | | | Sold (part) | 05/03/19 | J | A | |
| 60. | | | | | Sold (part) | 11/05/19 | J | B | |
| 61. iShares Edge MSCI USA QLTY Factor ETF (QUAL) | A | Dividend | K | T | Buy (add'l) | 02/06/19 | K | | |
| 62. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 63. | | | | | Sold (part) | 08/27/19 | K | B | |
| 64. IShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | Sold (part) | 05/03/19 | K | D | |
| 65. | | | | | Sold (part) | 05/14/19 | J | B | |
| 66. LSV Value Equity FD STRAT (LSVEX) | B | Dividend | K | T | Sold (part) | 06/05/19 | J | | |
| 67. T Rowe Price Lg Cap Grwth Fund I (TRLGX) | B | Dividend | K | T | Buy | 05/03/19 | K | | |
| 68. Wilmington Large Cap Strategy Fund (WMLIX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. iShares S&P Small-Cap 600 Growth ETF (IJT) | A | Dividend | K | T | | | | | |
| 70. Meridian Sm-Cap Growth (MSGRX) | B | Dividend | K | T | Sold (part) | 02/06/19 | J | A | |
| 71. Nuveen Small Cap Value Fund (FSCCX) | A | Dividend | K | T | Buy (add'l) | 02/06/19 | J | | |
| 72. Vanguard FTSE DEV. Market (VEA) | C | Dividend | M | T | Buy (add'l) | 11/05/19 | J | | |
| 73. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 74. iShares Core MSCI Emerging Markets (IEMG) | B | Dividend | K | T | Sold (part) | 11/05/19 | J | | |
| 75. Fidelity Focused High Income (FHIFX) | B | Dividend | K | T | | | | | |
| 76. Vanguard Int Trm Bond ETF (BIV) | | None | | | Sold | 01/22/19 | N | C | |
| 77. Vanguard Intermediate-Term Tax Exempt FD (VWIUX) | A | Dividend | J | T | | | | | |
| 78. Wilmington Municipal Bond Fund (WTAIX) | E | Dividend | N | T | Buy | 01/22/19 | N | | |
| 79. iShares Tips Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 80. iShares Cohen & Steers REIT ETF (ICF) | A | Dividend | J | T | | | | | |
| 81. Spdr Dow Jones Int'l Real Estate ETF (RWX) | C | Dividend | K | T | | | | | |
| 82. Trust Account #2 (H) | | | | | | | | | |
| 83. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 84. Morgan Stanley Private Bank NA (cash) (Y) | | | | | | | | | |
| 85. Chevron Corp (CVX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Chubb LTD (CB) | A | Dividend | | | Sold | 07/02/19 | J | B | |
| 87. Colgate Palmolive Co (CL) | A | Dividend | | | Buy (add'l) | 02/05/19 | J | | |
| 88. | | | | | Sold | 05/15/19 | J | A | |
| 89. Corteva Inc (CTVA) | | None | | | Spinoff (from line 93) | 06/03/19 | J | | |
| 90. | | | | | Sold | 06/06/19 | J | | |
| 91. Dow Inc (DOW) | A | Dividend | | | Spinoff (from line 93) | 04/05/19 | J | | |
| 92. | | | | | Sold | 05/03/19 | J | | |
| 93. DowDupont (DWDP) (Y) | | | | | | | | | |
| 94. DuPont de Nemours Inc (DD) | | None | | | Spinoff (from line 93) | 06/03/19 | J | | |
| 95. | | | | | Sold | 07/17/19 | J | | |
| 96. Intl Business Machines Corp (IBM) | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 97. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 98. JPMorgan Chase & Co (JPM) | A | Distribution | J | T | | | | | |
| 99. Kraft Heinz Co (KHC) | | None | | | Buy (add'l) | 02/05/19 | J | | |
| 100. | | | | | Sold | 02/22/19 | J | | |
| 101. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 102. Lowes Companies Inc (LOW) | A | Dividend | | | Buy (add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/01/19 | J | A | |
| 104. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 105. Nextera Energy Inc (NEE) | A | Dividend | J | T | Sold (part) | 07/19/19 | J | A | |
| 106. Occidental Petroleum Corp DE (OXY) | A | Dividend | | | Buy (add'l) | 02/05/19 | J | | |
| 107. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 108. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 109. | | | | | Sold | 10/07/19 | J | A | |
| 110. Pfizer Inc (PFE) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 111. | | | | | Sold (part) | 01/16/19 | J | | |
| 112. Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 113. Sempra Energy (SRE) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 114. | | | | | Sold (part) | 06/05/19 | J | B | |
| 115. Verizon Communications (VZ) | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 116. Walmart Inc (WMT) | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 117. Wells Fargo & Co New (WFC) | A | Dividend | K | T | | | | | |
| 118. Alps Sector Dividend Dogs (SDOG) | A | Dividend | K | T | Buy | 12/02/19 | K | | |
| 119. First Trust Dow Jones Stoxx Eur (FDD) | | None | K | T | Buy | 12/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First Trust Exchange Traded Fund VI (TDIV) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 121. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 122. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 123. First Trust Valu.LN Div Index (FVD) | C | Dividend | M | T | Buy (add'l) | 01/07/19 | J | | |
| 124. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 125. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 126. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 127. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 128. | | | | | Sold (part) | 06/20/19 | J | A | |
| 129. | | | | | Buy (add'l) | 08/05/19 | K | | |
| 130. | | | | | Buy (add'l) | 11/04/19 | K | | |
| 131. First Trust Senior Loan Fund (FTSL) | A | Dividend | | | Buy | 01/07/19 | J | | |
| 132. | | | | | Sold | 04/01/19 | J | A | |
| 133. FT Enhanced Short Maturity ETF (FTSM) | D | Dividend | L | T | Buy (add'l) | 02/05/19 | J | | |
| 134. | | | | | Sold (part) | 05/03/19 | K | | |
| 135. | | | | | Sold (part) | 06/03/19 | J | A | |
| 136. | | | | | Sold (part) | 07/01/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 07/19/19 | J | A | |
| 138. | | | | | Sold<br>(part) | 08/05/19 | L | A | |
| 139. | | | | | Sold<br>(part) | 11/04/19 | K | A | |
| 140. | | | | | Sold<br>(part) | 12/02/19 | M | A | |
| 141.  FT Preferred Secur & Inc ETF (FPE) | C | Dividend | L | T | Buy | 01/09/19 | K | | |
| 142. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 143. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 145.  Goldman Sachs Access TRE 0-1 Y (GBIL) | A | Dividend | J | T | | | | | |
| 146.  Invesco S&P Financials R (RWW)<br>(formerly Oppenheimer) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/19 | J | | |
| 147.  Invesco S&P Ultra Divide (RDIV) (formerly<br>Oppenheimer) | B | Dividend | L | T | Buy | 02/22/19 | J | | |
| 148. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 149. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 150. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 08/05/19 | K | | |
| 153. | | | | | Buy<br>(add'l) | 12/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   iShares 7-10 Yr Treasury Bond ETF (IEF) | A | Dividend | | | Sold | 06/20/19 | J | A | |
| 155.   iShares Barclay 1-3 Yr TSY Bd (SHY) | A | Dividend | | | Sold | 06/03/19 | J | A | |
| 156.   iShares Core Dividend Growth (DGRO) | C | Dividend | M | T | Buy (add'l) | 01/07/19 | J | | |
| 157. | | | | | Buy (add'l) | 01/16/19 | J | | |
| 158. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 159. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 160. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 161. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 162. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 163. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 164. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 165. | | | | | Buy (add'l) | 12/02/19 | K | | |
| 166.   iShares Edge MSCI Min Vol Emer (EEMV) | A | Dividend | K | T | Buy | 05/28/19 | J | | |
| 167. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 168. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 169. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 170. | | | | | Buy (add'l) | 10/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 11/04/19 | K | | |
| 172.  iShares Global Energy ETF (IXC) | A | Dividend | | | Sold | 11/04/19 | J | | |
| 173.  AC Alternatives Inc I (ALNIX) | C | Dividend | L | T | Buy<br>(add'l) | 01/07/19 | K | | |
| 174.  Am Century Diversified Bond I (ACBPX) | A | Dividend | | | Sold | 01/30/19 | K | A | |
| 175.  Blackrock Multi-Asset Inc (BIICX) | A | Dividend | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 176. | | | | | Sold | 02/12/19 | K | A | |
| 177.  BNY Mellon GLB EQU INC (DQEIX)<br>(formerly Dreyfus Global) | C | Dividend | M | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 179. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 05/03/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 182. | | | | | Buy<br>(add'l) | 11/04/19 | K | | |
| 183.  Chiron Capital Alloc Inst (CCAPX) | A | Dividend | | | Sold | 02/05/19 | K | A | |
| 184. | | | | | Buy | 05/03/19 | L | | |
| 185. | | | | | Sold | 11/04/19 | L | A | |
| 186.  Destra Flaherty & Crumrine Preferred and<br>Income Fund Class I (DPIIX) | | None | | | Sold | 01/09/19 | K | | |
| 187.  Federated Total Return BD Inst (FTRBX) | C | Dividend | M | T | Buy | 01/30/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 189. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 190. | | | | | Buy (add'l) | 05/03/19 | K | | |
| 191. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 192. | | | | | Buy (add'l) | 07/01/19 | K | | |
| 193. First Eagle Global I (SGIIX) | | None | | | Buy | 02/05/19 | K | | |
| 194. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 195. | | | | | Sold | 05/03/19 | L | B | |
| 196. Goldman Sachs US Eq Dv Prem I (GSPKX) | A | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 197. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 198. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 199. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 200. Lord Abbett Intl Opportunity F (LINFX) | | None | | | Buy (add'l) | 01/07/19 | J | | |
| 201. | | | | | Sold | 03/04/19 | K | A | |
| 202. Mai Managed Volatility Instl (MAIPX) | B | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 203. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 204. MFS Diversified Income I (DIFIX) | | None | M | T | Buy | 12/10/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Nuveen Real Asset Income (NRIIX) | D | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 206. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 207. | | | | | Buy (add'l) | 02/12/19 | K | | |
| 208. | | | | | Sold (part) | 03/04/19 | K | A | |
| 209. | | | | | Sold (part) | 06/20/19 | J | A | |
| 210. | | | | | Sold | 12/10/19 | M | D | |
| 211.  Pimco Income I2 (PONPX) | A | Dividend | M | T | Buy (add'l) | 03/04/19 | K | | |
| 212.  Pimco Low Duration Inc I2 (PFTPX) | A | Dividend | | | Sold | 03/04/19 | K | | |
| 213.  Trust Account #3 (H) | | | | | | | | | |
| 214.  Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 215.  Exxon Mobile Corp (XOM) | A | Dividend | J | T | | | | | |
| 216.  Ill Tool Works Inc (ITW) | A | Dividend | K | T | | | | | |
| 217.  Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 218.  McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 219.  Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 220.  United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 221.  iShares IBonds Sep 2019 Muni (IBMH) | A | Dividend | | | Redeemed | 09/05/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  iShares IBonds Sep 2020 Muni (IBMI) | A | Dividend | K | T | | | | | |
| 223.  iShares MSCI EAFE ETF (EFA) | B | Dividend | K | T | | | | | |
| 224.  The Technology Sel Sec Spdr Fd (XLK) | A | Dividend | K | T | | | | | |
| 225.  Am. Century Eqi Inc. Int. (ACIIX) | D | Dividend | M | T | | | | | |
| 226.  Am New Perspective F2 (ANWFX) | C | Dividend | L | T | | | | | |
| 227.  Invesco Opp Stlpth MLP Select 40 Y (MLPTX) (formerly OPI Steelpath) | B | Dividend | | | Sold | 11/11/19 | J | | |
| 228.  Invesco Opp Cap Income Y (OCIYX) (formerly Oppenheimer Cap Income) | B | Dividend | L | T | | | | | |
| 229.  Neuberger Berman Lg SH Inst (NLSIX) | B | Dividend | L | T | | | | | |
| 230.  Nuveen All-American Muni Bd I (FAARX) | D | Dividend | M | T | Buy<br>(add'l) | 11/11/19 | J | | |
| 231.  Nuveen Global Infrastructure (FGIYX) | C | Dividend | K | T | | | | | |
| 232.  Nuveen HI YLD Muni BD I (NHMRX) | D | Dividend | M | T | | | | | |
| 233.  Nuveen Real Estate Sec FD (FARCK) | D | Dividend | L | T | | | | | |
| 234.  Nuveen Sh Dur High Yield Muni Bond (NVHIX) | C | Dividend | M | T | | | | | |
| 235.  T Rowe Price Growth Stock Adv (PRGFX) | B | Dividend | M | T | | | | | |
| 236.  T Rowe Price MidCap Gr Adv (RPMGX) | C | Dividend | L | T | | | | | |
| 237.  T Rowe Price Mid Cap (TRMCX) | C | Dividend | L | T | | | | | |
| 238.  Vanguard 500 Indx Admiral (VFIAX) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Trust Account #4 (H) | | | | | | | | | |
| 240. WILMINGTON TRUST BANK DEPOSIT SWEEP (BKSWP) (cash) (X) | B | Interest | K | T | | | | | |
| 241. AT&T INC (T) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 242. COMCAST CORP NEW A (CMCSA) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 243. OMNICOM GROUP INC COM (OMC) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 244. WALT DISNEY CO (DIS) (X) | A | Dividend | J | T | | | | | |
| 245. EXPEDIA GROUP, INC (EXPE) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 246. EXTENDED STAY AMERICA INC (STAY) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 247. LOWES COMPANIES INC (LOW) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 248. TJX COMPANIES COM (TJX) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 249. COSTCO WHOLESALE CORP COM (COST) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 250. ESTEE LAUDER COMPANIES INC (EL) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 251. PEPSICO INC COM (PEP) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 252. PHILIP MORRIS INTL INC (PM) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 253. PROCTER & GAMBLE CO COM (PG) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 254. CHEVRON CORP (CVX) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 255. EOG RESOURCES INC COM (EOG) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  EXXON MOBIL CORP (XOM) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 257.  VALERO ENERGY CORP COM (VLO) (X) | A | Dividend | J | T | | | | | |
| 258.  BLACKROCK INC (BLK) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 259.  CITIGROUP INC (C) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 260.  CME GROUP INC (CME) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 261. | | | | | Sold (part) | 11/11/19 | J | B | |
| 262.  JPMORGAN CHASE & CO (JPM) (X) | A | Dividend | K | T | Sold (part) | 01/24/19 | J | | |
| 263. | | | | | Sold (part) | 05/16/19 | J | A | |
| 264.  METLIFE INC (MET) (X) | A | Dividend | J | T | | | | | |
| 265.  MORGAN STANLEY GROUP (MS) | | None | J | T | Buy | 11/11/19 | J | | |
| 266.  U S BANCORP DEL COM NEW (USB) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 267.  AMGEN INC COM (AMGN) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 268.  BECTON DICKINSON & CO COM (BDX) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 269.  DANAHER CORP COM (DHR) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 270.  GILEAD SCIENCES INC COM (GILD) (X) | A | Dividend | J | T | | | | | |
| 271.  JOHNSON & JOHNSON (JNJ) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 272.  MERCK & CO INC (MRK) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. PFIZER INC (PFE) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 274. UNITEDHEALTH GROUP INC (UNH) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 275. ZOETIS INC (ZTS) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 276. | | | | | Sold (part) | 11/11/19 | J | C | |
| 277. BOEING CO COM (BA) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 278. | | | | | Buy (add'l) | 03/26/19 | J | | |
| 279. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 280. DELTA AIR LINES INC (DAL) (X) | A | Dividend | K | T | Sold (part) | 03/26/19 | J | A | |
| 281. FEDEX CORP COM (FDX) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | | |
| 282. LOCKHEED MARTIN CORPORATION COM (LMT) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 283. UNION PACIFIC CORP COM (UNP) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 284. APPLE INC (AAPL) (X) | A | Dividend | K | T | Sold (part) | 01/24/19 | J | | |
| 285. | | | | | Sold (part) | 05/16/19 | J | A | |
| 286. | | | | | Sold (part) | 12/17/19 | J | B | |
| 287. BROADCOM INC (AVGO) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 288. CISCO SYSTEMS INC (CSCO) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 289. MASTERCARD INC CL A (MA) (X) | A | Dividend | K | T | Sold (part) | 01/24/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 05/16/19 | J | A | |
| 291. MAXIM INTEGRATED PRODS INC COM (MXIM) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 292. MICROSOFT CORP (MSFT) (X) | A | Dividend | K | T | Sold (part) | 01/24/19 | J | | |
| 293. | | | | | Sold (part) | 05/16/19 | J | A | |
| 294. | | | | | Sold (part) | 12/17/19 | J | B | |
| 295. ORACLE CORPORATION COM (ORCL) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 296. QUALCOMM INC COM (QCOM) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 297. AIR PRODUCTS & CHEMICALS INC (APD) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 298. SHERWIN WILLIAMS CO COM (SHW) (X) | A | Dividend | J | T | | | | | |
| 299. AMERICAN TOWER CORP CL A (AMT) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 300. AMERICAN ELECTRIC POWER CO INC (AEP) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 301. CMS ENERGY CORP COM (CMS) (X) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 302. ISHARES EDGE MSCI USA QLTY FACTOR ETF (QUAL) | B | Dividend | L | T | Buy | 01/24/19 | K | | |
| 303. | | | | | Buy (add'l) | 02/06/19 | J | | |
| 304. | | | | | Sold (part) | 05/16/19 | J | A | |
| 305. | | | | | Sold (part) | 12/17/19 | J | A | |
| 306. ISHARES RUSSELL 1000 GROWTH ETF (IWF) (X) | B | Dividend | L | T | Sold (part) | 01/24/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 05/03/19 | L | D | |
| 308. | | | | | Sold<br>(part) | 05/15/19 | J | | |
| 309. | | | | | Sold<br>(part) | 05/16/19 | J | A | |
| 310. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 311. T ROWE PRICE LRG CAP GR I (TRLGX) | C | Dividend | L | T | Buy | 05/03/19 | L | | |
| 312. | | | | | Sold<br>(part) | 05/16/19 | J | | |
| 313. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 314. ISHARES S&P SM-CAP 600 GROWTH ETF (IJT) (X) | A | Dividend | L | T | Sold<br>(part) | 01/24/19 | J | | |
| 315. MERIDIAN SM-CAP GROWTH FD CL I (MSGRX) (X) | C | Dividend | L | T | Buy<br>(add'l) | 01/24/19 | J | | |
| 316. | | | | | Sold<br>(part) | 05/16/19 | J | | |
| 317. NUVEEN SMALL CAP VALUE FD-Y (FSCCX) (X) | A | Dividend | L | T | Buy<br>(add'l) | 01/22/19 | L | | |
| 318. | | | | | Buy<br>(add'l) | 01/24/19 | J | | |
| 319. ACCENTURE PLC- CL A (ACN) (X) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 320. INGERSOLL-RAND PUBLIC LTD CO (IR) (X) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 321. MEDTRONIC PLC (MDT) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 322. SUNCOR ENERGY INC (SU) (X) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | | |
| 323. WILLIS TOWERS WATSON PLC (WLTW) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  ISHARES CORE MSCI EAFE ETF (IEFA) (X) | C | Dividend | M | T | Buy (add'l) | 01/22/19 | M | | |
| 325. | | | | | Sold (part) | 01/24/19 | J | | |
| 326. | | | | | Sold (part) | 02/06/19 | K | | |
| 327. | | | | | Buy (add'l) | 05/03/19 | K | | |
| 328. | | | | | Sold (part) | 05/15/19 | K | | |
| 329. | | | | | Sold (part) | 05/16/19 | J | | |
| 330. | | | | | Buy (add'l) | 11/05/19 | K | | |
| 331. | | | | | Buy (add'l) | 12/17/19 | K | | |
| 332.  WCM FOCUSED INTL GROWTH FD (WCMIX) (X) | A | Dividend | L | T | Sold (part) | 05/16/19 | J | B | |
| 333. | | | | | Sold (part) | 12/17/19 | J | B | |
| 334.  ISHARES CORE MSCI EMERGING (IEMG) (X) | B | Dividend | K | T | Sold (part) | 05/15/19 | J | B | |
| 335. | | | | | Sold (part) | 05/16/19 | J | A | |
| 336.  WILMINGTON INTERNATIONAL FUND (WINIX) (X) | C | Dividend | M | T | Buy (add'l) | 01/22/19 | M | | |
| 337. | | | | | Buy (add'l) | 01/24/19 | K | | |
| 338. | | | | | Sold (part) | 05/16/19 | J | A | |
| 339. | | | | | Sold (part) | 12/17/19 | J | A | |
| 340.  FEDERATED TOTAL RETURN BOND CL I (FTRBX) (X) | B | Dividend | | | Sold | 02/12/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. FIDELITY FOCUSED HIGH INCOME FUND (FHIFX) (X) | C | Dividend | L | T | | | | | |
| 342. MUNICIPAL BOND COMMON FUND (625993AB6) | D | Dividend | O | T | Buy | 02/15/19 | N | | |
| 343. | | | | | Buy (add'l) | 05/31/19 | M | | |
| 344. | | | | | Buy (add'l) | 05/31/19 | M | | |
| 345. NUVEEN SHORT DUR H/Y MUNI CL I (NVHIX) (X) | B | Dividend | K | T | | | | | |
| 346. ISHARES TIPS BOND ETF (TIP) (X) | A | Dividend | K | T | Sold (part) | 05/16/19 | J | A | |
| 347. ISHARES COHEN & STEERS REIT ETF (ICF) (X) | A | Dividend | K | T | Sold (part) | 01/24/19 | J | | |
| 348. | | | | | Sold (part) | 05/16/19 | J | A | |
| 349. SPDR DJ INTL REAL ESTATE ETF (RWX) (X) | D | Dividend | L | T | | | | | |
| 350. VICTORY INTEGRITY SM-CAP VAL CL Y (VSVIX) (X) | | None | | | Sold | 01/22/19 | K | | |
| 351. ISHARES CORE INTL STOCK ETF (IXUS) (X) | | None | | | Sold | 01/22/19 | N | | |
| 352. CUMMINS INC COM (CMI) (X) | | None | | | Sold | 01/24/19 | J | | |
| 353. STRYKER CORP (SYK) (X) | A | Dividend | | | Sold | 01/24/19 | J | | |
| 354. Trust Account #5 (H) | | | | | | | | | |
| 355. Maximum Appreciation Fund (254999865) (X) | D | Dividend | N | T | Sold (part) | 02/28/19 | J | A | |
| 356. | | | | | Sold (part) | 05/31/19 | J | A | |
| 357. | | | | | Sold (part) | 12/31/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  Municipal Bond Common Fund<br>(625993AB6) (X) | B | Dividend | L | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Michael R.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 2 and 3: The holdings of these real estate companies are operational in nature; other investments of the companies, if any, are beyond the scope of the filer's knowledge.

Part VII, lines 2 and 3: Filer's interest is 1/6.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Barrett**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544